JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY KLAYMAN,                              )   CASE NO. CV 10-07306 MMM (VBKx)
                                           )
        Plaintiff,                           )
                                           )   JUDGMENT FOR DEFENDANT
    vs.                                    )
                                           )
UNITED STATES,                             )
                                           )
        Defendant.                           )
                                           )
                                           )
                                           )
                                           )
                                           )
                                           )

On January 3, 2011, the court entered an order granting the motion to dismiss filed by defendant United States with leave to amend.  Plaintiff did not file an amended complaint by the deadline set by the court, and on January 24, 2011, the court entered an order dismissing plaintiff's complaint without prejudice under Rule 41(b).  Accordingly,

IT IS ORDERED AND ADJUDGED that the action be dismissed without prejudice.

DATED: January 24, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE